IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-263-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLINTON J. MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court upon the request (D.E. 31) of the warden of the Federal Correctional Complex in Butner, North Carolina for an extension of time until 22 August 2013 to complete the mental health evaluation of defendant as ordered by the court on 28 June 2013 pursuant to 18 U.S.C. § 4241 (D.E. 28). For good cause shown, the request for extension is ALLOWED. The Clerk shall mail a copy of this order to the warden of the Federal Correctional Complex in Butner, North Carolina.

SO ORDERED, this the 17th day of July 2013.

_____
James E. Gates
United States Magistrate Judge