UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00263-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| CLINTON J. MATTHEWS | ) | |

Upon motion of the United States of America, it is hereby ORDERED Docket Entry Number 43 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED this 24th day of March, 2014.

*James C. Fox*
HONORABLE JAMES C. FOX
Senior United States District Judge