UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-263-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CLINTON MATTHEWS | |

Upon motion of the Defendant Clinton Matthews, it is hereby ORDERED that Docket Entry Number 50 be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a signed copy of the ORDER to Defendant Matthews's counsel.

IT IS SO ORDERED this 2ⁿᵈ day of SEPTEMBER, 2014.

*James C. Fox*
The Honorable James C. Fox
Senior United States District Judge

1